Skip to Main Content Logout My Account Search Menu New Case Search Refine Search Back

Location : Galveston County   Images

# CASE SUMMARY
## CASE NO. 15-CV-0378

| | |
|---|---|
| Arnoldo Garza, Et Al vs. Jose E. Manzanares, Et Al | Case Type: **Injury/Damage - Motor Vehicle**<br>Date Filed: **04/17/2015**<br>Location: **10th District Court**<br>Judicial Officer: **Neves, Kerry** |

---

### PARTY INFORMATION

**Lead Attorneys**

**Defendant**  Liberty Freight Company Inc.
C/O Registered Agent Tamela Costoulas
13427 1/2 Pumice Street
Norwalk, CA 90650

**Defendant**  Manzanares, Jose E.
8332 Bennett St.
Fontana, CA 92335

**Plaintiff**  Garza, Arnoldo
5300 Memorial Drive Suite 890
Houston, TX 77007

David M. Medina
*Retained*
713-653-3147(W)
713-862-1002(F)
davidmedina@justicedavidmedii

**Plaintiff**  Garza, Francisca
5300 Memorial Drive, Suite 890
Houston, TX 77007

David M. Medina
*Retained*
713-653-3147(W)
713-862-1002(F)
davidmedina@justicedavidmedii

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

04/17/2015 **Original Petition - OCA**
 *Petition and Jury Demand-Atty to send request for service once case # received-pd for 2 @ 65 and copy fees*
04/17/2015 **OCA Case Information Sheet**
 *Civil Case Info Sheet*
04/17/2015 **Request for Civil Service**
 *1 Citation by C/M. Assigned to R.K.*
04/17/2015 **Request for Civil Service**
 *Request for issuance of 1 Citation by C/M; Assigned to R.K.*
04/17/2015 **Citation by Certified Mail Issuance - Work Product**
 *Issued 2 Citations Along with S/C Sheet and Mailed by C/M. RK*
04/21/2015 **Notice - From Court of Setting Date** (Judicial Officer: Neves, Kerry )
 *Status Conference on 07/09/15 @ 9:00 AM*
04/24/2015 **Citation and Return**
05/04/2015 **Citation and Return**
07/09/2015 **Status Conference** (9:00 AM) (Judicial Officer Neves, Kerry)
 *IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR WANT OF PROSECUTION.*

---

**Unofficial Record**

Galveston County - 10th District Court
Filed: 4/17/2015 11:06:42 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4930523
By: Shailja Dixit
4/17/2015 11:24:24 AM

**15-CV-0378**

# OCA CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* _____  **COURT** *(FOR CLERK USE ONLY):* _____

**STYLED:** Arnoldo Garza and Francisca Garza v. Jose E. Manzanes and Liberty Freight Company, Inc.

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment motion for modification or enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact information for person completing case information sheet:

**Name:** DAVID M. MEDINA
**Email:** davidmedina@justicedavidmedina.com
**Address:** 5300 Memorial Drive, Suite 890
**Telephone:** 713-980-5300
**City/State/Zip:** Houston, TX 77007
**Fax:** 713-583-5915
**Signature:** David M. Medina
**State Bar No:** 88

**Names of parties in case:**
Plaintiff(s)/Petitioner(s): ARNOLDO GARZA and FRANCISCA GARZA
Defendant(s)/Respondent(s): JOSE E. MANZANARES and LIBERTY FREIGHT COMPANY, INC.

*[Attach additional page as necessary to list all parties]*

**Person or entity completing sheet is:**
- [x] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other: _____

**Additional Parties in Child Support Case:**
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability: _____
- [x] Motor Vehicle Accident
- [ ] Premises
*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability
  List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus— Pre-indictment
- [ ] Other: _____

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other: _____

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other: _____

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Paternity/Parentage
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

Eff. 2010

P1

Assigned to R.K.

Filed: 4/17/2015 11:06:42 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4930523
By: Shailja Dixit
4/17/2015 11:24:24 AM



# JOHN D. KINARD
## DISTRICT CLERK GALVESTON COUNTY

## REQUEST FOR ISSUANCE OF SERVICE

Date Requested: 4/16/15

Case Number: 15-CV-0378

Court Description: Galveston County - 10th District Court

Type of Instrument to be served: Petition (original)

### SERVICE TO BE ISSUED ON (Please list exactly as the name appears in the pleading to be served)

Issue Service To: Jose E. Manzanares
Address of Service: 8332 Bennett St.
City, State & Zip: Fontana, CA 92335
Agent (IF APPLICABLE):

### TYPE OF SERVICE TO BE ISSUED:

**Non Writs:**
- [x] Citation
- [ ] Alias Citation
- [ ] Pluries Citation
- [ ] Citation by Publication
- [ ] Secretary of State Citation
- [ ] Notice
- [ ] Precept
- [ ] Rule 106 Service
- [ ] Subpoena

**Writs:**
- [ ] Attachment (Person)
- [ ] Attachment (Property)
- [ ] Attachment (Witness)
- [ ] Certiorari
- [ ] Garnishment (Prejudgment)
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Temporary Restraining Order
- [ ] Possession (Person)
- [ ] Possession (Property)
- [ ] Protective Order (Family)
- [ ] Protective Order (Civil)
- [ ] Scire Facias
- [ ] Sequestration
- [ ] Supersedeas
- [ ] Other (Please Describe):

### UPON ISSUANCE OF SERVICE: (CHECK ONE ONLY)

- [ ] Send to Sheriff
Note: Citation(s) to be served by Constable will be RETURNED TO REQUESTOR to make arrangements to deliver and make payment for service directly with the Constable
- [ ] Civil Process Server (Include the name of the Authorized Person to pick-up):
- [ ] Call attorney for pick up (Phone Number):
- [ ] Mail to attorney at:
(Please include a self addressed stamped envelope):
- [x] District Clerk serve by certified mail

### ISSUANCE OF SERVICE REQUESTED BY:

Attorney/Party Name: David M. Medina
Law Firm (if applicable): The Medina Law Firm    Bar Number: 88
Address: 5300 Memorial Dr. Suite 890
Houston TX 77007
Phone Number: 713 653-3147    Email Address: davidmedina@justicedavidmedina.com

***Service will only be issued upon payment of costs***

Date Fees Paid: _____    Amount: _____    Method of Payment: _____

Signature of Attorney Requesting service: _____

Filed: 4/17/2015 11:06:42 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4930523
By: Shailja Dixit
4/17/2015 11:24:24 AM

Assigned to R.K.

# JOHN D. KINARD
## DISTRICT CLERK GALVESTON COUNTY

### REQUEST FOR ISSUANCE OF SERVICE

Date Requested: 4/10/15
Case Number: 15-CV-0378
Court Description: Galveston County - 10th District Court
Type of Instrument to be served: Original Petition

**SERVICE TO BE ISSUED ON** (Please list exactly as the name appears in the pleading to be served)

Issue Service To: Liberty Freight Company, Inc
Address of Service: 13427 1/2 Pumice St
City, State & Zip: Norwalk, CA 90650
Agent (IF APPLICABLE): Tamela Costoulas

### TYPE OF SERVICE TO BE ISSUED:

**Non Writs:**
- [x] Citation
- [ ] Alias Citation
- [ ] Pluries Citation
- [ ] Citation by Publication
- [ ] Secretary of State Citation
- [ ] Notice
- [ ] Precept
- [ ] Rule 106 Service
- [ ] Subpoena

**Writs:**
- [ ] Attachment (Person)
- [ ] Attachment (Property)
- [ ] Attachment (Witness)
- [ ] Certiorari
- [ ] Garnishment (Prejudgment)
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Temporary Restraining Order
- [ ] Possession (Person)
- [ ] Possession (Property)
- [ ] Protective Order (Family)
- [ ] Protective Order (Civil)
- [ ] Scire Facias
- [ ] Sequestration
- [ ] Supersedeas
- [ ] Other (Please Describe): _____

### UPON ISSUANCE OF SERVICE: (CHECK ONE ONLY)

- [ ] Send to Sheriff
Note: Citation(s) to be served by Constable will be RETURNED TO REQUESTOR to make arrangements to deliver and make payment for service directly with the Constable
- [ ] Civil Process Server (Include the name of the Authorized Person to pick-up): _____
- [ ] Call attorney for pick up (Phone Number): _____
- [ ] Mail to attorney at: _____
(Please include a self addressed stamped envelope):
- [x] District Clerk serve by certified mail

### ISSUANCE OF SERVICE REQUESTED BY:

Attorney/Party Name: David M. Medina
Law Firm (if applicable): The Medina Law Firm       Bar Number: 88
Address: 5300 Memorial Drive Suite 890
Houston TX 77007
Phone Number: 713 653 3147  Email Address: davidmedina@justicedavidmedina.com

*** Service will only be issued upon payment of costs ***

Date Fees Paid: _____  Amount: _____  Method of Payment: _____

Signature of Attorney Requesting service: _____

Filed: 4/17/2015 9:20:41 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4927404
By: Lisa Kelly
4/17/2015 10:01:47 AM

CAUSE NO. 15-CV-0378 _____

| | | |
|---|---|---|
| ARNOLDO GARZA AND FRANCISCA GARZA § § PLAINTIFFS § § V. § § JOSE E. MANZANARES AND § LIBERTY FREIGHT COMPANY, INC. § DEFENDANTS § | | IN THE DISTRICT COURT OF<br><br>GALVESTON COUNTY, T E X A S<br><br>Galveston County - 10th District Court<br><br>_____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, **ARNOLDO GARZA** and **FRANCISCA GARZA**, complaining of Defendants, **JOSE E. MANZANARES** and **LIBERTY FREIGHT COMPANY, INC.** and for cause of action show unto the Court the following:

### DISCOVERY

1. Plaintiffs intend that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiffs Arnoldo Garza and Francisca Garza are residents of Galveston County, Texas.

3. Defendant, **JOSE E. MANZANARES**, is an individual and is a resident of California and may be served with process at 8332 Bennett St. Fontana, CA 92335.

4. Defendant, **LIBERTY FREIGHT COMPANY, INC.** is a foreign Corporation or similar entity, with an office and place of business in California, with the power to sue and

be sued, which regularly does business in Texas and the United States as a transport company and is not registered to do business in the State of Texas, and does not maintain a Texas designated agent on whom service may be made, and thus may be served through Tex. Civ. Prac. Rem. Code 7.044, through the Secretary of State of Texas under the Texas Long Arm Statute, and through its registered agent Tamela Costoulas at 13427 ½ Pumice Street, Norwalk, CA 90650.

## JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court. This Court has jurisdiction over the parties because the Plaintiffs are Texas residents and venue in Galveston County is proper because Plaintiffs reside in Galveston County and because a substantial part of Plaintiffs' cause of action has occurred or arose in Galveston County, Texas.

## FACTS

6. On or about August 31, 2013, the Plaintiffs were traveling West on Interstate 10 in Kimble County when their vehicle was struck violently from behind by the vehicle driven by Jose E. Manzanares. The first violent impact caused the Plaintiffs' vehicle to veer out of control and spin when Defendants' vehicle struck Plaintiff's vehicle a second time.

## FIRST CAUSE OF ACTION - NEGLIGENCE BY JOSE E. MANZANARES

7. Jose E. Manzanares breached his duty of care owed to the Plaintiffs and others, in failing to operate his vehicle with a reasonable care. The driver should have reasonably

2

foreseen his acts and omissions would be the proximate cause of an accident and damages to the Plaintiffs and others. Jose E. Manzanares failed to use ordinary care in his acts and omissions including, but not limited to, the following:

a. In speeding and driving recklessly;

b. In violating the Texas Transportation Code, Federal Motor Carrier Safety Regulations, as well as other rules and regulations; and

c. Endangering the safety of others on the road.

## SECOND CAUSE OF ACTION - RESPONDEAT SUPERIOR

8. At the time of the incident Jose E. Manzanares was an employee of Liberty Freight Company, Inc., and he was working within the scope of his employment and at their direction when the incident occurred. Therefore, Liberty Freight Company, Inc., is liable to the Plaintiffs for their injuries and other damages under theories of Respondeat Superior or Agency for Jose E. Manzanares' negligence and other conduct. In the alternative, if Jose E. Manzanares was an independent contractor of Liberty Freight Company, Inc., then it is liable under the theories of agency for Jose E. Manzanares' acts and omissions as described.

## THIRD CAUSE OF ACTION – NEGLIGENT ENTRUSTMENT, NEGLIGENT TRAINING, MANAGEMENT AND SUPERVISION

9. The injuries and damages sustained by the Plaintiffs were caused by the negligent entrustment of the vehicle by Liberty Freight Company, Inc., as well as the negligent training, management, and supervision of Jose E. Manzanares.

3

## DAMAGES

10. As a direct and proximate result of the above aforementioned negligence the Plaintiffs' sustained injuries and other damages as follows:

    a. Pain and Suffering and mental anguish (past & future);

    b. Physical Disfigurement and Impairment (past & future);

    c. Reasonable and Necessary Medical Expenses (past & future);

    d. Lost Wages in the past; and

    e. Diminution of future earning capacity.

## REQUEST FOR PRODUCTION

11. The Plaintiffs hereby requests each Defendant to respond fully to the following Request for Production within 50 days of being served with this document pursuant to the Texas Rules of Civil Procedure:

**Request for Production One:** Please provide true and correct copies of any and all photographs of the Defendants vehicle damage related to the collision made the basis of this suit.
**RESPONSE:**

**Request for Production Two:** Please provide true and correct copies of Jose E. Manzanares' driver's license.
**RESPONSE:**

**Request for Production Three:** Please provide true and correct copies of any and all employment contracts in effect related to Jose E. Manzanares' scope of work at the time of the collision made the basis of this suit.
**RESPONSE:**

**Request for Production Four:** Please provide true and correct copies of any and all independent contractor agreements in place Jose E. Manzanares had at the time related to the scope of work performed by Jose E. Manzanares at the time of the collision made the basis of this suit.

**RESPONSE:**

**Request for Production Five:** Please provide true and correct copies of any and all titles to vehicles and/or trailers that were driven by Jose E. Manzanares at the time of collision made the basis of this suit.
**RESPONSE:**

**Request for Production Six:** Please provide true and correct copies of any and all estimates for repair to the Defendants vehicles involved in the collision made the basis of this suit.
**RESPONSE:**

**Request for Production Seven:** Please provide true and correct copies of any and all training manuals provided to Jose E. Manzanares prior to the time of the collision made the basis of this suit.
**RESPONSE:**

**Request for Production Eight:** Please provide true and correct copies of any and all documents reflecting the goods Jose E. Manzanares was transporting at the time of the collision made the basis of this suit.
**RESPONSE:**

**Request for Production Nine:** Please provide true and correct copies of any and all photographs or video/audio recordings you have of the Plaintiffs or Jose E. Manzanares.
**RESPONSE:**

**Request for Production Ten:** Please provide true and correct copies of any and all employment applications related to Jose E. Manzanares prior to the date of the collision made the basis of this suit.
**RESPONSE:**

**Request for Production Eleven:** Please provide true and correct copies of any and all cell phone records relating to the cellular telephone owned or used by Jose E. Manzanares on the date of the collision made the basis of this suit.
**RESPONSE:**

## REQUEST FOR DISCLOSURE

12.     The Plaintiffs hereby requests each Defendant to respond fully to all information contained in Rule 194.2 of the Texas Rules of Civil Procedure.

## JURY DEMAND

Plaintiffs hereby demand trial by jury.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Defendants be cited herein in terms of the law to appear and answer herein and that upon final trial on the merits, Plaintiffs obtain judgment against Defendants for the following:

a. monetary relief over $200,000 but not more than $1,000,000;

b. pre-judgment and post-judgment interest thereon at the maximum legal rate;

c. costs of Court; and

d. such other and further relief, special and general at law and in equity to which Plaintiffs may be justly entitled.

Respectfully Submitted,

**THE MEDINA LAW FIRM**

By: */s/ David M. Medina*
**DAVID M. MEDINA**
SBN: 88
5300 Memorial Drive, Suite 890
Houston, Texas 77007
Telephone: 713-653-3147
Facsimile: 713-862-1002
davidmedina@justicedavidmedina.com

**THE RIEBSCHLAGER LAW FIRM, PC**

GARY M. RIEBSCHLAGER
801 Congress St., Suite 250
Houston, Texas 77002
Telephone: (281) 904-1404
Email: gary@riebschlagerlaw.com
**ATTORNEYS FOR PLAINTIFFS**

**ARNOLDO GARZA AND
FRANCISCA GARZA**

# CITATION BY CERTIFIED MAIL (TRC 106)

## THE STATE OF TEXAS

Cause No: 15-CV-0378
10th District Court of Galveston County

ARNOLDO GARZA, ET AL VS. JOSE E. MANZANARES, ET AL

TO: **Jose E. Manzanares** 8332 Bennett St  Fontana CA  92335

Defendant Greetings:

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you."  *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 10th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **17th day of April, 2015** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **17th day of April, 2015.**

Issued at the request of
David M Medina
The Medina Law Firm
5300 Memorial Drive Suite 890
Houston TX 77007

**John D. Kinard,** District Clerk
Galveston County, Texas

By: Rolande Kain

Rolande Kain, Deputy

**SEE ATTACHED FORM**
*NOTE: Status Conference set: 07/09/2015*

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **4/17/2015** at ___**3:00**___ o'clock **P. M.** and executed on the _____ day of _____, 20_____, at ____ o'clock ____. M., by mailing the same to Jose E. Manzanares, Defendant by registered or **certified mail article number 7196 9008 9111 2751 1181**, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition were attached thereto.

Fee-Serving:   $ _____

**JOHN D. KINARD, District Clerk Galveston County, Texaqs**
Authorized Person

BY: _____, Deputy Clerk

# CITATION BY CERTIFIED MAIL (TRC 106)

## THE STATE OF TEXAS

Cause No: 15-CV-0378
10th District Court of Galveston County

ARNOLDO GARZA, ET AL VS. JOSE E. MANZANARES, ET AL

TO: **Liberty Freight Company Inc.** C/O Registered Agent Tamela Costoulas  13427 1/2 Pumice Street  Norwalk CA  90650

Defendant Greetings:

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you." *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 10th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **17th day of April, 2015** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **17th day of April, 2015.**

Issued at the request of
David M Medina
The Medina Law Firm
5300 Memorial Drive Suite 890
Houston TX 77007

**John D. Kinard,** District Clerk
Galveston County, Texas

By: _Rolande Kain_
Rolande Kain, Deputy

**SEE ATTACHED FORM**
*NOTE: Status Conference set: 07/09/2015*

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **4/17/2015** at **3:00** o'clock P. M. and executed on the _____ day of _____, 20___, at ___ o'clock ___. M., by mailing the same to Liberty Freight Company Inc., Defendant by registered or **certified mail article number 7196 9008 9111 2751 1198,** with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition were attached thereto.

Fee-Serving:   $ _____

**JOHN D. KINARD, District Clerk Galveston County, Texaqs**
Authorized Person

BY: _____, Deputy Clerk



# 10th Judicial District Court
Galveston, County, Texas

15 APR 21 PM 3:14

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

## Kerry Neves
Judge

## NOTICE OF CASE SETTING/ACTION

April 20, 2015

DAVID M. MEDINA
THE MEDINA LAW FIRM
5300 MEMORIAL DRIVE SUITE 890
HOUSTON TX 77007

Fax: 713-583-5915
Email: davidmedina@justicedavidmedina.com

CASE NUMBER:   15-CV-0378

CASE STYLE:   ARNOLDO GARZA, ET AL VS. JOSE E. MANZANARES, ET AL

DATE:   July 09, 2015        TIME:   9:00 AM

TYPE OF SETTING/ACTION: STATUS CONFERENCE. **IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR WANT OF PROSECUTION.**
**It is the Plaintiff's responsibility to give notice to all parties as they are served and/or answer.**

FROM:   Lori Wilson
COURT COORDINATOR
10TH JUDICIAL DISTRICT COURT
600 59TH ST, 4th FLOOR
GALVESTON, TX 77551
(409) 766-2230

RETURN TO FAX NO.: (409) 770-5266

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately and we will arrange to retrieve the document from you.

15-CV-0378
DCNOFCS
Notice -- From Court of Setting Date
1025961



# Xerox WorkCentre 5330
## Transmission Report

Date & Time : 04/20/2015  4:26 PM
Page : 1(Last Page)

The job has been sent.

Job Date & Time     04/20/2015 4:25 PM

**10th Judicial District Court**
Galveston, County, Texas

**Kerry Neves**
Judge

### NOTICE OF CASE SETTING/ACTION

April 20, 2015

DAVID M. MEDINA                         Fax: 713-583-5915
THE MEDINA LAW FIRM                     Email: davidmedina@justicedavidmedina.com
5300 MEMORIAL DRIVE SUITE 890
HOUSTON TX 77007

CASE NUMBER:   15-CV-0378

CASE STYLE:    ARNOLDO GARZA, ET AL VS. JOSE E. MANZANARES, ET AL

DATE:          July 09, 2015       TIME:     9:00 AM

TYPE OF SETTING/ACTION: STATUS CONFERENCE. IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR WANT OF PROSECUTION.
<u>It is the Plaintiff's responsibility to give notice to all parties as they are served and/or answer.</u>

FROM:    Lori Wilson
         COURT COORDINATOR
         10TH JUDICIAL DISTRICT COURT
         600 59TH ST, 4th FLOOR
         GALVESTON, TX 77551
         (409) 766-2230
                                              RETURN TO FAX NO.: (409) 770-5266

**CONFIDENTIALITY NOTE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately and we will arrange to retrieve the document from you.

| Date & Time Sent | Recipient Information | Result |
|---|---|---|
| 04/20/2015 4:26 PM | davidmedina@justicedavidmedina.com | Completed |

# FAX CONFIRMATION

**Result: Success**

**Sent by:**
Name: Fax Sender
Voice Number:
Fax Number:
RightFax ID: WALKUP

**Sent to:**
Name: Fax User
Company:
Number/Address: 7135835915
Voice Number:
Remote CSID: 17135835915



**10th Judicial District Court**
Galveston, County, Texas

**Kerry Neves**
Judge

**NOTICE OF CASE SETTING/ACTION**

April 20, 2015

DAVID M. MEDINA
THE MEDINA LAW FIRM
5300 MEMORIAL DRIVE SUITE 890
HOUSTON TX 77007

Fax: 713-583-5915
Email: davidmedina@justicedavidmedina.com

CASE NUMBER: 15-CV-0378
CASE STYLE: ARNOLDO GARZA, ET AL VS. JOSE E. MANZANARES, ET AL
DATE: July 09, 2015   TIME: 9:00 AM

TYPE OF SETTING/ACTION: STATUS CONFERENCE. IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR WANT OF PROSECUTION.
It is the Plaintiff's responsibility to give notice to all parties as they are served and/or answer.

FROM: Lori Wilson
COURT COORDINATOR
10TH JUDICIAL DISTRICT COURT
600 59TH ST, 4th FLOOR
GALVESTON, TX 77551
(409) 766-2230

RETURN TO FAX NO.: (409) 770-5266

**CONFIDENTIALITY NOTE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately and we will arrange to retrieve the document from you.

**Details:**

| | |
|---|---|
| Type: | Fax |
| Cover Sheet: | has a cover page |
| Body Pages: | 1 |
| Billing Code #1: | |
| Billing Code #2: | |
| Unique ID: | WAL55352803A4B8 |
| Fax Channel: | 3 |
| Scanning Device: | 172.21.26.48 |
| Scanned at: | 04/20/15 16:23:30 |
| Submitted at: | 04/20/15 16:23:30 |
| Completed at: | 04/20/15 16:23:39 |

## CITATION BY CERTIFIED MAIL (TRC 106)
### THE STATE OF TEXAS

Cause No: 15-CV-0378
10th District Court of Galveston County

ARNOLDO GARZA, ET AL VS. JOSE E. MANZANARES, ET AL

TO: **Jose E. Manzanares** 8332 Bennett St  Fontana CA  92335

Defendant Greetings:

| NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you."  TRCP. 99 |
|---|

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 10th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **17th day of April, 2015** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **17th day of April, 2015.**

Issued at the request of
David M Medina
The Medina Law Firm
5300 Memorial Drive Suite 890
Houston TX 77007

**John D. Kinard**, District Clerk
Galveston County, Texas

By: _Rolande Kain_
Rolande Kain, Deputy

**SEE ATTACHED FORM**
*NOTE: Status Conference set: 07/09/2015*

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **4/17/2015** at **3:00** o'clock P. M. and executed on the __30__ day of __April__, 20__15__, at ____ o'clock ___. M., by mailing the same to Jose E. Manzanares, Defendant by registered or **certified mail article number 7196 9008 9111 2751 1181**, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition were attached thereto.

Fee-Serving:  $ 65.00

JOHN D. KINARD, District Clerk Galveston County, Texaqs
Authorized Person

BY: _Rolande Kain_, Deputy Clerk

**Certified Article Number**
7196 9008 9111 2751 1181

15-CV-0378
DCCIR
Citation and Return
1032619



2. Article Number

7196 9008 9111 2751 1181

3. Service Type CERTIFIED MAIL™

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Jose E. Manzanares
8332 Bennett St
Fontana, CA 92335

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery 4/32/15

C. Signature

X Queune De Leon ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**Reference Information**

15-CV-0378

Rolande Kain

PS Form 3811, January 2005 Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

SAN BERNARDINO CA 924
30 APR '15
PM 5 L

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

15 MAY -4 PM 1 50

GALVESTON ... DISTRICT ... TEXAS

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

JOHN D KINARD
GALVESTON COUNTY DISTRICT CLERK
600 59TH STREET SUITE 4001
PO BOX 17250
GALVESTON TX 77551-4019

Unofficial

## CITATION BY CERTIFIED MAIL (TRC 106)
### THE STATE OF TEXAS

Cause No: 15-CV-0378
10th District Court of Galveston County

ARNOLDO GARZA, ET AL VS. JOSE E. MANZANARES, ET AL

TO: **Liberty Freight Company Inc.** C/O Registered Agent Tamela Costoulas  13427 1/2 Pumice Street  Norwalk CA  90650

Defendant Greetings:

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you."  *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 10th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **17th day of April, 2015** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **17th day of April, 2015.**

Issued at the request of
David M Medina
The Medina Law Firm
5300 Memorial Drive Suite 890
Houston TX 77007

**John D. Kinard**, District Clerk
Galveston County, Texas

By: _____
Rolande Kain, Deputy

**SEE ATTACHED FORM**
*NOTE: Status Conference set: 07/09/2015*

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **4/17/2015** at  **3:00** o'clock P. M. and executed on the **26th** day of **APR. /**_____, 20 **15**, at ____ o'clock ____. M., by mailing the same to Liberty Freight Company Inc., Defendant by registered or **certified mail article number 7196 9008 9111 2751 1198**, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition were attached thereto.

Fee-Serving:   $ 65.00

JOHN D. KINARD, District Clerk Galveston County, Texaqs
Authorized Person

BY: _____, Deputy Clerk

**Certified Article Number**

7196 9008 9111 2751 1198

**SENDERS RECORD**

15 – CV – 0378
DCCIR
Citation and Return
1029138

2. Article Number

7196 9008 9111 2751 1198

3. Service Type CERTIFIED MAIL™

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:

Liberty Freight Company Inc.
C/O Registered Agent Tamela Costoulas
13427 1/2 Pumice Street
Norwalk, CA 90650

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery 4/20/15

C. Signature

X Tamela Costoulas ☐ Agent ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

**Reference Information**

15-CV-0378

Rolande Kain

PS Form 3811, January 2005 Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

JOHN D KINARD
GALVESTON COUNTY DISTRICT CLERK
600 59TH STREET SUITE 4001
PO BOX 17250
GALVESTON TX 77551-4010

15 APR 24 PM 2:44

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

Unofficial



