IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ARNOLDO GARZA AND** | § | |
| **FRANCISCA GARZA** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 1:15-CV-0698-LY** |
| | § | |
| **JOSE E. MANZANARES AND** | § | |
| **LIBERTY FREIGHT COMPANY, INC.** | § | **JURY TRIAL REQUESTED** |

### JOINT NOTICE OF SETTLEMENT
### AND JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE LEE YEAKEL:

Plaintiffs, Arnoldo Garza and Francisca Garza ("Plaintiffs") and Defendants, Jose E. Manzanares and Liberty Freight Company, Inc. ("Defendants"), collectively referred to as the "Settling Parties," have come to an agreement on settling the case and file this Joint Motion to Dismiss With Prejudice showing the Court the following:

1.  The Settling Parties have agreed on a settlement and move the case to be dismissed with prejudice. The Settling Parties also seek the District Clerk to close the case.

2.  The Settling Parties do not file this Joint Motion and Joint Notice for purposes of delay but rather so that justice can be done.

Accordingly, the Settling Parties request this Court grant this Joint Motion to Dismiss With Prejudice.

Respectfully submitted,

**THE MEDINA LAW FIRM**


/s/David M. Medina *w/permission*
David M. Medina
SBN:  88
5300 Memorial Drive, Suite 890
Houston, Texas  77007
Telephone:  713-653-3147
Facsimile:  713-862-1002
davidmedina@justicedavidmedina.com
**ATTORNEY FOR PLAINTIFFS,
ARNOLDO GARZA AND
FRANCISCA GARZA**



**RAMEY, CHANDLER, QUINN & ZITO, P.C.**


/s/ Lee D. Thibodeaux
Robert L. Ramey
State Bar No.  16498200
Southern District No. 5535
Lee D. Thibodeaux
State Bar No. 19834200
750 Bering, Suite 600
Houston, Texas 77057
Telephone:     (713) 266-0074
Facsimile:      (713) 266-1064
rcqz-eservice@ramey-chandler.com
**ATTORNEYS FOR DEFENDANTS,
JOSE E. MANZANARES AND
LIBERTY FREIGHT COMPANY, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was sent to all opposing counsel via facsimile on July 12, 2016.

David M. Medina  
The Medina Law Firm  
5300 Memorial Drive, Suite 890  
Houston, Texas 77007  
Telephone:  (713) 653-3147  
***Via Facsimile:  (713) 862-1002***

                                              /s/ Lee D. Thibodeaux_____  
                                              Lee D. Thibodeaux