IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JUL 15 PM 4: 36

| | | |
|---|---|---|
| ARNOLDO GARZA AND FRANCISCA GARZA, | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CAUSE NO. 1:15-CV-698-LY |
| JOSE E. MANZANARES AND LIBERTY FREIGHT COMPANY, DEFENDANTS. | § § § § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is the Joint Notice of Settlement and Joint Motion to Dismiss with Prejudice filed July 12, 2016 (Clerk's Doc. No. 20). The court has reviewed and approves the Nice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties bear their own costs of court and attorney's fees.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this ___15th___ day of July, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE